IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIMON KUGELSTADT, *et al.*, | ] | CASE NO. 3-07-CV-1204-M |
| | ] | |
| *Plaintiffs*, | ] | |
| | ] | |
| v. | ] | COLLECTIVE ACTION |
| | ] | |
| 4180 BELT LINE OPERATING LTD.., | ] | |
| d/b/a DUKE'S ORIGINAL ROADHOUSE, | ] | |
| | ] | JURY TRIAL DEMANDED |
| *Defendant*. | ] | |

## STATUS REPORT ON SETTLEMENT EFFORTS

The parties are working together cooperatively in an effort to resolve this case by means of settlement. To this end, each party has provided at least two good-faith offers of settlement. Plaintiffs' most recent offer is being evaluated by the defendant.

While being amenable to mediation, the parties believe a settlement conference with the Magistrate Judge would be more effective in assisting the parties. The parties believe such a settlement conference would be most effective immediately following the filing of dispositive motions. The parties will continue to negotiate in good faith, and will apprise the Court in the event a settlement is reached.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

      **/S/ Richard J. Burch**
By: _____
     Richard J. (Rex) Burch
     Texas State Bar No. 24001807
     Attorney-In-Charge for Plaintiffs
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**AND**

**Locke Liddell & Sapp PLLC**

      **/s/ Phillip R. Jones**
By: _____
     PHILLIP R. JONES
     State Bar No. 10937000
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

## CERTIFICATE OF SERVICE

I served a copy of this document via the Court's ECF service.

      **/s/ Richard J. (Rex) Burch**
     _____
Richard J. (Rex) Burch