UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIMON KUGELSTADT, *et al.*, ] | CASE NO. 3-07-CV-1204-M |
| ] | |
| *Plaintiffs*, ] | |
| ] | |
| v. ] | COLLECTIVE ACTION |
| ] | |
| 4180 BELT LINE OPERATING, LTD. ] | |
| d/b/a DUKE'S ORIGINAL ROADHOUSE, ] | |
| ] | JURY TRIAL DEMANDED |
| *Defendant*. ] | |
| _____] | |

**JOINT STIPULATION
OF DISMISSAL WITH PREJUDICE**

On 9/16/08, the Parties filed an agreed judgment. The Parties now stipulate to the dismissal of this case with prejudice per Fed. R. Civ. P. 41.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

*/s/ Richard J. (Rex) Burch*
By: _____
Richard J. (Rex) Burch
State Bar No. 24001807
*Attorney-In-Charge for Plaintiffs*
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

                                      **LOCKE LIDDELL & SAPP PLLC**

                                      */s/ Phillip R. Jones*
By: _____
      Phillip R. Jones
      State Bar No. 10937000
      *Attorney-In-Charge for Defendant*
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

## Certificate of Service

I certify that a correct copy of the *Parties' Joint Stipulation of Dismissal with prejudice* was served on all counsel of record via ECF filing, email, and facsimile transmission on the 24th day of September 2008 as follows:

Phillip Jones
Locke Kiddell & Sapp, PLLC
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

                                        */s/ Robert R. Debes, Jr.*
                                        _____
                                        Robert R. Debes, Jr.