UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIMON KUGELSTADT, *et al.*, | ] | CASE NO. 3-07-CV-1204-M |
| | ] | |
| *Plaintiffs*, | ] | |
| | ] | |
| v. | ] | COLLECTIVE ACTION |
| | ] | |
| 4180 BELT LINE OPERATING, LTD. | ] | |
| d/b/a DUKE'S ORIGINAL ROADHOUSE, | ] | |
| | ] | JURY TRIAL DEMANDED |
| *Defendant*. | ] | |
| _____ | ] | |

**AGREED FINAL JUDGMENT**

The parties have submitted an Agreed Final Judgment to the Court. After reviewing the Agreed Final Judgment and the record as a whole, the Court finds that the Agreed Final Judgment of the Parties is fair and reasonable. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall have judgment in their favor and against Defendant, 4180 Belt Line Operating, Ltd. d/b/a Duke's Original Roadhouse. The individual Plaintiffs shall have judgment in their favor and against Defendant, 4180 Belt Line Operating, Ltd. d/b/a Duke's Original Roadhouse, in the amounts indicated on Exhibit A attached to this Agreed Final Judgment. Exhibit A is, hereby, incorporated into and made a part of this Agreed Final Judgment as if set out herein in its entirety. The aggregate amount of the judgments granted to the individual Plaintiffs totals $103,929.03.

Post-judgment interest shall accrue on all amounts awarded at the rate of 1.95 % per annum from the date of this Agreed Final Judgment until satisfied in full.

The Parties shall bear their own costs and expenses.

The Court **ORDERS** that execution shall immediately issue for this Agreed Final Judgment.

**SIGNED** at Dallas, Texas on this the 3rd day of October, 2008.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**


APPROVED AS TO FORM:

**BRUCKNER BURCH PLLC**

By: **/s/ Richard J. (Rex) Burch**
_____
Richard J. (Rex) Burch
State Bar No. 24001807
*Attorney-In-Charge for Plaintiffs*
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065


**LOCKE LIDDELL & SAPP PLLC**

By: /s/ **Phillip R. Jones**
_____
Phillip R. Jones
State Bar No. 10937000
*Attorney-In-Charge for Defendant*
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800