| First Name | Last Name | Judgment Amount |
|---|---|---:|
| Amanda | Ream | $7,790.15 |
| Amanda | Billups | $2,245.48 |
| Amanda R. | Gordon | $1,199.91 |
| Andrea | Killgore | $169.88 |
| Andrea | Herz | $1,107.49 |
| Ashley | Barton | $3,526.29 |
| Beth | Farrell | $1,694.81 |
| Brae | Hunter | $4,949.52 |
| Chelsea | David | $471.21 |
| Cory | Simon | $3,976.21 |
| Courtney E. | Flory | $1,246.20 |
| Danielle | Diasio | $5,171.67 |
| Dustin | Boersch | $254.99 |
| Emily | Lichte | $3,889.73 |
| Jacqulyn | Frost | $4,682.25 |
| James | Ferris | $5,677.27 |
| Jessica | Martin | $3,615.12 |
| Jill | Duncan | $4,570.00 |
| Justin | Walton | $720.04 |
| Kara | Sullivan | $2,495.26 |
| Katie | Dale | $2,334.13 |
| Kendall Ann | Sampson | $518.59 |
| Kimberly | Cole | $1,825.73 |
| Kindra Dawn | McCoy | $2,999.36 |
| Kristopher | Day | $1,390.76 |
| Lauren | Morgan | $1,234.97 |
| Leah | Morris | $2,097.75 |
| Marc A. | Mendieta | $3,051.73 |
| Megan | Bull | $3,785.45 |
| Megan | Holst | $1,960.72 |
| Michael Matthew | Jett | $773.50 |
| Natalie | Scott | $3,742.78 |
| Nicole | Jacques | $392.03 |
| Rachel | Jacques | $2,911.84 |
| Rachel | Gallant | $1,490.60 |
| Randi | Lewaren | $3,529.41 |
| Savanna | Turpinat | $2,305.41 |
| Shawna K. | Glenn | $762.90 |
| Simon | Kugelstadt | $3,883.48 |
| Stephanie | Tiseo | $671.35 |
| Waverly | Spero | $2,813.08 |
| | | $103,929.03 |

**Exhibit A**