# United States District Court
## Northern District of Texas

SIMON KUGELSTADT, et al.

v.

4180 BELT LINE OPERATING, LTD. d/b/a
DUKE'S ORIGINAL ROADHOUSE

**Writ of Execution**

Case No 3:07-cv-1204-M
(Complete the following if judgment
was rendered in another district)

District _____
Docket No _____
Date Entered _____

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 6th day of October, A.D., 2008 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of **Simon Kugelstadt, Amanda Ream, Amanda Billups, Amanda R. Gordon, Andrea Killgore, Andrea Herz, Ashley Barton, Beth Farrell, Brae Hunter, Chelsea David, Cory Simon, Courtney E. Flory, Danielle Diasio, Dustin Boersch, Emily Lichte, Jacqulyn Frost, James Ferris, Jessica Martin, Jill Duncan, Justin Walton, Kara Sullivan, Katie Dale, Kendall Ann Sampson, Kimberly Cole, Kindra Dawn McCoy, Kristopher Day, Lauren Morgan, Leah Morris, Marc A. Mendieta, Megan Bull, Megan Holst, Michael Matthew Jett, Natalie Scott, Nicole Jacques, Rachel Jacques, Rachel Gallant, Randi Lewaren, Savanna Turpinat, Shawna K. Glenn, Stephanie Tiseo,** and **Waverly Spero**, hereinafter called judgment creditors, against **4180 Belt Line Operating, Ltd. d/b/a Duke's Original Roadhouse**, hereinafter called judgment debtor, for the sum of **$103,929.03** with interest thereon at the rate of **1.95** percent per annum from the 6th day of October, A.D., 2008 until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of **$0.00**;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or in behalf of the judgment creditors, there remains due and unpaid the following sums:

| | |
|---|---|
| $ 0.00 | Unpaid balance of costs specified hereinabove taxed by the Clerk of Court |
| $ 103,929.03 | Judgment |
| $ 360.75 | Interest on Judgment |

and further interest will accrue on the unsatisfied judgment in the sum of **$5.55** per day from date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at _Dallas_, Texas, this 17th day of _Dec_, 2008

KAREN MITCHELL, CLERK

By _[signature]_
Deputy Clerk