UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 5 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| SIMON KUGELSTADT, *et al.*, | ] | CASE NO. 3-07-CV-1204-M |
| *Plaintiffs*, | ] | |
| v. | ] | COLLECTIVE ACTION |
| 4180 BELT LINE OPERATING, LTD. d/b/a DUKE'S ORIGINAL ROADHOUSE, | ] | JURY TRIAL DEMANDED |
| *Defendant.* | ] | |

## ORDER DIRECTING EXECUTION ON JUDGMENT

Pursuant to the Plaintiffs' motion and evidence, Rule 69(a) of the Federal Rules of Civil Procedure, and the Texas Rules of Civil Procedure, this Court grants relief as follows:

The U.S. Marshal shall serve a writ of execution issued in this case in the manner provided by the Texas Rules of Civil Procedure, and levy on property of Defendant, 4180 Belt Line Operating, Ltd. d/b/a Duke's Original Roadhouse, by seizing cash receipts of Defendant, 4180 Belt Line Operating, Ltd. d/b/a Duke's Original Roadhouse, found on the premises located at 4180 Beltline Road, Addison, Texas 75001-4354, in an amount that is no greater than is required to satisfy the judgment in this case.

The U.S. Marshal and any deputy marshal or other law enforcement official assisting in the seizure and impoundment of cash receipts authorized herein are authorized to physically break, open, and enter any door, safe, entry, file, drawer, envelope, or other room or container in any structure at the above stated address to search for the items described herein and to otherwise

execute this order. If Defendant or any other persons fail to permit such access in any manner or interferes in any way with the levy authorized herein, the U.S. Marshal and any deputy marshal or other law enforcement officials assisting in executing this order are each authorized to exercise all force reasonably necessary to execute this order.

The U.S. Marshal shall execute and file a return of service indicating the amount of cash receipts seized and the charges for service of the writ of execution.

Plaintiffs shall execute any bond required by the U.S. Marshal.

Signed at Dallas, Texas on _____ 10/5 _____, 2009.

Hon. Barbara M. G. Lynn
United States District Judge