**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SIMON KUGELSTADT**, *et al.*, | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 3-07-CV-1204-M |
| **4180 BELT LINE OPERATING, LTD.**, d/b/a **DUKES ORIGINAL ROADHOUSE**, | § § § § § | JURY TRIAL DEMANDED |
| **Defendant.** | § § | |

## DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW Defendant 4180 Belt Line Operating, Ltd. d/b/a Dukes Original Roadhouse ("Dukes") and respectfully files this Unopposed Motion for Withdrawal and Substitution of Counsel, and in support thereof respectfully states:

1. Dukes requests that its current counsel of record, Phillip R. Jones and Kimberly F. Williams of Locke Lord Bissell & Liddell LLP, be permitted to withdraw as counsel of record in this matter. Dukes retained Mr. Jones and Ms. Williams to represent it in connection with the merits of the underlying lawsuit only and has retained new counsel to represent it in connection with post-judgment matters.

2. Accordingly, Dukes further requests that Thomas C. Barron of the Barron Law Firm be substituted as counsel of record for Dukes. All notices to Dukes in connection with the above-referenced case should be provided to:

>Thomas C. Barron
>Barron Law Firm
>Texas State Bar No. 01821290
>2001 Bryan, Suite 2120
>Dallas, Texas 75201
>(214) 855-6630 (telephone)
>(214) 855-6633 (facsimile)
>tbarron@barronlawfirm.com

3. Plaintiffs are not opposed to the relief sought in this motion.

4. This motion is not sought for delay, but so that justice may be done.

For these reasons, Dukes respectfully requests that the Court permit Phillip R. Jones and Kimberly F. Williams of Locke Lord Bissell & Liddell LLP to withdraw from this case and substitute Thomas C. Barron of Barron Law Firm as counsel of record for Dukes.

Respectfully submitted,

/s/ Kimberly F. Williams
_____
Phillip R. Jones
  State Bar No. 10937000
Kimberly F. Williams
  State Bar No. 24050592
Locke Lord Bissell & Liddell LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

ATTORNEYS FOR DEFENDANT
4180 BELT LINE OPERATING, LTD., d/b/a DUKES ORIGINAL ROADHOUSE

## CERTIFICATE OF CONFERENCE

On August 8, 2010, a conference was held with Robert Debes, attorney for Plaintiffs, on the merits of this Motion.  Mr. Debes indicated that Plaintiffs are <u>unopposed</u> to the relief sought in this Motion.

/s/ Kimberly F. Williams
_____
Kimberly F. Williams

## CERTIFICATE OF SERVICE

  This is to certify that on this 9th day of August, 2010, a true and correct copy of the foregoing instrument was served via electronic service upon the following:

 Richard J. Burch
 Richard J. Burch PLLC
 1000 Louisiana Street, Suite 1300
 Houston, Texas 77002

 Robert R. Debes, Jr.
 Debes Law Firm
 17 South Briar Hollow Lane, Suite 302
 Houston, Texas 77027

and via facsimile and certified mail, return receipt requested upon the following:

 Tom Barron
 Barron Law Firm
 2001 Bryan, Suite 2120
 Dallas, Texas 75201


            /s/ Kimberly F. Williams
            _____
            Kimberly F. Williams