

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIMON KUGELSTADT, *et al.*, ] | CASE NO. 3-07-CV-1204-M |
| ] | |
| *Plaintiffs/Judgment Creditors*, ] | |
| ] | |
| v. ] | |
| ] | |
| 4180 BELT LINE OPERATING, LTD. ] | |
| d/b/a DUKE'S ORIGINAL ROADHOUSE, ] | |
| ] | |
| *Defendant/Judgment Debtor.* ] | |

## ORDER

Plaintiffs'/Judgment Creditors' Motion to Compel is hereby granted. Defendant/Judgment Debtor shall produce all documents responsive to Plaintiffs'/Judgment Creditors' First Set of Post-Judgment Request for Production no later than 09/15/10 and to present Robert Simon and Linwood Wales for deposition no later than 9/30/10.

Signed this 1st day of September, 2010.

_____
PAUL D. STICKNEY
UNITED STATES DISTRICT JUDGE