UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SIMON KUGELSTADT, et al.,              §
                        Plaintiff,     §
                                       §
v.                                     §        Civ. Action No. 3:07-CV-1204-M
                                       §
4180 BELT LINE OPERATING LIMITED,      §
d/b/a DUKE'S ORIGINAL ROADHOUSE,       §
                        Defendant.     §

<u>**ORDER**</u>

The District Court referred to the United States Magistrate Judge for hearing, if necessary,

and recommendation or determination: Plaintiff's Motion to Show Cause Why Sanctions Should

Not be Ordered ("Motion," doc. 71). The Motion is set for hearing **January 24, 2011 at 9:00 A.M.**

in Courtroom 1561, 1100 Commerce Street, Dallas, Texas 75242.

SO ORDERED, December 16, 2010.


PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE