# United States District Court
## Northern District of Texas

SIMON KUGELSTADT, et al.                                                **Writ of Execution**

v.

Case No 3:07-cv-1204-M
(Complete the following if judgment
was rendered in another district)

4180 BELT LINE OPERATING, LTD. d/b/a                District _____
DUKE'S ORIGINAL ROADHOUSE                           Docket No _____
                                                    Date Entered _____

**TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:**

WHEREAS, on the 6th day of October, A.D., 2008 in a cause styled as above, judgment was rendered in this Court in favor of **Simon Kugelstadt, Amanda Ream, Amanda Billups, Amanda R. Gordon, Andrea Killgore, Andrea Herz, Ashley Barton, Beth Farrell, Brae Hunter, Chelsea David, Cory Simon, Courtney E. Flory, Danielle Diasio, Dustin Boersch, Emily Lichte, Jacqulyn Frost, James Ferris, Jessica Martin, Jill Duncan, Justin Walton, Kara Sullivan, Katie Dale, Kendall Ann Sampson, Kimberly Cole, Kindra Dawn McCoy, Kristopher Day, Lauren Morgan, Leah Morris, Marc A. Mendieta, Megan Bull, Megan Holst, Michael Matthew Jett, Natalie Scott, Nicole Jacques, Rachel Jacques, Rachel Gallant, Randi Lewaren, Savanna Turpinat, Shawna K. Glenn, Stephanie Tiseo, and Waverly Spero**, hereinafter called judgment creditors, against **4180 Belt Line Operating, Ltd. d/b/a Duke's Original Roadhouse**, hereinafter called judgment debtor, for the sum of **$103,929.03** with interest thereon at the rate of **1.95** percent per annum from the 6th day of October, A.D., 2008 until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of **$0.00**;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or in behalf of the judgment creditors, there remains due and unpaid the following sums:

|  |  |
|---|---|
| $ 0.00 | Unpaid balance of costs specified hereinabove taxed by the Clerk of Court |
| $ 91,067.52 | Judgment |
| $ 2,342.55 | Interest on Judgment |

and further interest will accrue on the unsatisfied judgment in the sum of **$4.85** per day from date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at Dallas, Texas, this 18th day of February, 2011.

KAREN MITCHELL, CLERK

By _____
Deputy Clerk

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Richard J. Burch, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this _____ day of _____, A.D., _____.

Signature and capacity in which signed: _____

Attorney for Judgment Creditors

Address: 1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone Number: (713) 877-8788

STATE OF TEXAS

COUNTY OF HARRIS

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: _____                            _____

  (SEAL)                                                 _____

                                                         Title

MARSHAL'S RETURN

Received this writ at _____, on _____
and executed as follows:

_____
UNITED STATES MARSHAL

By _____
   Deputy Marshal