UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIMON KUGELSTADT, et al., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civ. Action No. 3:07-CV-1204-M |
| § | | |
| 4180 BELT LINE OPERATING LIMITED, § | | |
| d/b/a DUKE'S ORIGINAL ROADHOUSE, § | | |
| Defendant. § | | |

## ORDER

The District Court referred to the United States Magistrate Judge for hearing, if necessary, and recommendation or determination: Plaintiff's Motion to Show Cause Why Sanctions Should Not be Ordered ("Motion," doc. 71). Counsel has informed the Court that the motion is now moot. Accordingly, the Motion is denied as moot.

SO ORDERED, February 16, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE